IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,                        CV F 06 0315 OWW WMW   P

    vs.                                 FINDINGS AND RECOMMENDATION

OFFICER DURAN, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

       Plaintiff, an inmate in the custody of the California Department of Corrections at California State Prison Sacramento, brings this civil rights action against various administrative officials and correctional officials employed by the California Department of Corrections.   The allegations in the complaint consist of generalized complaints regarding the prison grievance process.  Plaintiff recounts various lawsuits that he has filed since approximately 1990.

       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section of the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was

dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. <u>Thomas v. Stockman</u>, CV F 99 6665 REC DLB P; <u>Thomas v. Galaza</u>, CV F 00 5346 AWI DLB P; <u>Thomas v. Galaza</u>, CV F 00 5348 OWW LJO P. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is imminent danger of serious physical injury.

Here, Plaintiff's complaint levels generalized grievances regarding the prison grievance process. Plaintiff does not, however, allege any facts indicating that he is in imminent danger of serious physical injury. Plaintiff is therefore not entitled to proceed in forma pauperis.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed in forma pauperis be revoked.

2. Plaintiff be ordered to submit the $350 filing fee in full within thirty days.

3. Should Plaintiff fail to pay the filing fee in full, this action be dismissed, without prejudice, for his failure to do so, pursuant to Local Rule 11-110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

1  IT IS SO ORDERED.

2  **Dated:     September 1, 2006**            **/s/  William M. Wunderlich**
   mmkd34                                   UNITED STATES MAGISTRATE JUDGE