IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,                               CV F 06 0315 OWW WMW P

    vs.                                       ORDER RE: FINDINGS & RECOMMENDATIONS (#11)

C/O DURAN,

    Defendant.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On September 1, 2006, findings and recommendations were entered, recommending that Plaintiff's in forma pauperis status be revoked pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be directed to pay the $350 filing fee for this action. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

proper analysis.

          Accordingly, THE COURT HEREBY ORDERS that:

          1. The Findings and Recommendations issued by the Magistrate Judge on September 1, 2006, are adopted in full; and

          2. Plaintiff's in forma pauperis status is revoked pursuant to 28 U.S.C. § 1915(g).

          3. Plaintiff is directed to submit the $350 filing fee for this action. Plaintiff shall submit the filing fee, in full, within thirty days of the date of service of this order. Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **October 3, 2006**                         /s/ Oliver W. Wanger
emm0d6                                                 UNITED STATES DISTRICT JUDGE