UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O DURAN,<br><br>    Defendant. | 1:06-CV-00315-OWW-WMW-P<br><br>ORDER REQUIRING PLAINTIFF<br>TO PAY THE $350 FILING FEE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 1, 2006, Magistrate William M. Wunderlich issued findings and a recommendation that plaintiff's application to proceed in forma pauperis be revoked. On October 4, 2006, District Judge Oliver W. Wanger court issued an order adopting the Magistrate's findings and recommendation and ordering plaintiff to pay the $350.00 filing fee for this action within thirty days. On October 23, 2006, plaintiff filed untimely objections to the findings and recommendation, citing problems obtaining his legal materials. Plaintiff shall be granted another opportunity to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall pay the $350.00 filing fee for this action by December 20, 2006. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   December 4, 2006**         **/s/  William M. Wunderlich**
j14hj0                                                        UNITED STATES MAGISTRATE JUDGE